IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00961-REB-BNB

VIDA F. NEGRETE, as conservator for EVERETT E. OW, an individual,
and on behalf of all other persons similarly situated,

Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Compel Broker's Choice of America, Inc., to Respond to Subpoena** *Duces Tecum* [Doc. # 2, filed 5/18/06] (the "Motion to Compel").  I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as specified on the record.

IT IS FURTHER ORDERED that Broker's Choice of America, Inc., shall produce documents responsive to the subpoena duces tecum and consistent with this order on or before **July 21, 2006**.

Dated June 21, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge