## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-00961-REB-BNB

VIDA F. NEGRETE, as conservator for EVERETT E. OW, an individual, and on behalf of all other persons similarly situated,

    Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota Corporation,

    Defendants.

## ORDER DENYING MOTION TO STAY

**Blackburn, J.**

    The matter before me is non-party movant Brokers' Choice of America, Inc.'s **Motion to Stay** [#17], filed July 6, 2006. I deny the motion. In so doing, I generally approve, adopt, and incorporate the reasons stated, arguments advanced, and authorities cited by plaintiff in her response to the motion [#20], filed July 14, 2006. More particularly, I note that movant has failed to cite, let alone analyze, any authority whatsoever in support of the extraordinary relief it requests. Its request is subject to denial on that basis alone.

    Moreover, plaintiff's response to movant's objections to the magistrate judge's discovery order, to which the motion to stay pertains, is due, if at all, by July 26, 2006, less than ten days hence. I intend to rule on the matter expeditiously. It therefore makes little sense to grant a stay that might afford movant no more than a week or two of relief.

**THEREFORE, IT IS ORDERED** that non-party movant Brokers' Choice of America, Inc.'s **Motion to Stay** [#17], filed July 6, 2006, is **DENIED**.

Dated July 18, 2006, at Denver Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**