IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00961-REB-BNB

VIDA F. NEGRETE, as Conservator for EVERETT E. OW, an individual, and on behalf of all other similarly situated persons,

Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the **Stipulation Regarding Confidential Designations on Documents Produced By Brokers' Choice of America, Inc.** [Doc. # 36, filed 9/7/2006]:

      IT IS ORDERED that **Brokers' Choice of America, Inc.'s Motion to Maintain Confidential Designations of Documents** [Doc. # 29, filed August 16, 2006] (the "Motion") is DENIED WITHOUT PREJUDICE.

      IT IS FURTHER ORDERED that the hearing on the Motion set for **September 15, 2006, at 1:30 p.m.**, is VACATED.

DATED:  September 11, 2006