IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00961-REB-BNB

VIDA F. NEGRETE, as conservator for EVERETT E. OW, an individual,
and on behalf of all other persons similarly situated,

Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Motion for Protective Order** [Doc. # 46, filed 11/20/2006] (the "Motion") by non-party Brokers Choice of America ("BCA"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED to require the parties hereto to return to BCA the Goldmine database CD upon BCA providing to them a substitute Goldmine database CD identical to the original except for the redaction of any Social Security numbers; birthdates; spouse names; drivers license numbers; and comments on credits other than those concerning account credits or debits relating to the sale of annuities or reversals of sales of annuities. The Motion is DENIED in all other respects.

IT IS FURTHER ORDERED that BCA shall provide substitute Goldmine database CDs on or before **December 22, 2006**, and the parties hereto shall return the original Goldmine database CDs to BCA on or before **December 26, 2006**.

Dated December 14, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge