IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00961-REB-BNB

VIDA F. NEGRETE, as conservator for EVERETT E. OW, an individual,
and on behalf of all other persons similarly situated,

Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,

Defendant.
_____

# ORDER
_____

This matter is before me on the **Motion to Compel the Videotaped Deposition of Tyrone Clark and Motion for Sanctions** [Doc. # 59, filed 3/14/2008] (the "Motion"). The plaintiff seeks an order compelling Tyrone Clark, a non-party witness under subpoena, to appear for and give a videotaped deposition. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to require Tyrone Clark to appear for a deposition on Tuesday, April 22, 2008, at 9:00 a.m., to occur in Room A449 (Jury Deliberation Suite), 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel for the plaintiff shall

cause the deposition to be recorded by stenographic and audiovisual means.  The deposition shall

be limited to one day of seven hours; and

    DENIED in all other respects.

    Dated April 14, 2008.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IT IS FURTHER ORDERED that BCA shall provide substitute Goldmine database CDs on or before **December 22, 2006**, and the parties hereto shall return the original Goldmine database CDs to BCA on or before **December 26, 2006**.    Dated April 14, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge