IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00961-REB-BNB

VIDA F. NEGRETE, as conservator for EVERETT E. OW, an individual,
and on behalf of all other persons similarly situated,

Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Motion for Order to Show Cause Re Contempt for**

**Violation of Protective Order and/or Request for Sanctions Against Vida Negrete and/or**

**Her Counsel** [Doc. # 71, filed 8/28/2008] (the "Motion for Sanctions").  I held a hearing on the

Motion for Sanctions this morning and made rulings on the record, which are incorporated here.

In summary and for the reasons stated on the record:[1]

IT IS ORDERED that the Motion for Sanctions is DENIED.

Dated October 8, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

_____

[1]In addition to the reasons stated on the record, I note also that I have reviewed the
portions of the deposition transcript which were filed in the California district court as an exhibit
to a declaration.  That testimony is not confidential and is not entitled to treatment as
confidential information under the terms of the blanket protective order entered here.